# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **BONNIE ALLISON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2743 |
| | ) | |
| **REGIONS FINANCIAL** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Regions Financial Corporation (hereinafter "Regions" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this motion for summary judgment asserting that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law.  In support of its motion, Defendant relies upon the Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment, the Memorandum in Support of Defendant's Motion for Summary Judgment, excerpts from the depositions, and exhibits thereto, of Plaintiff, Kristopher Bridges, Heather Gaddy, Dr. Aric Giddens, Nicole Kellum, Bruce Livesay, Brenda Poole, Dr. Steven Portera, Vanessa Pruitt, Ginger Ricchetti, and Terry Standridge, the Affidavit of Ginger Ricchetti, and the entire record herein.

**WHEREFORE**, Defendant moves for summary judgment dismissing Plaintiff's complaint against Defendant in its entirety.

Respectfully submitted,

/s/ Sylvia R. Adams
PAUL E. PRATHER (BPR #10089)
SYLVIA R. ADAMS (BPR #19269)

KIESEWETTER WISE KAPLAN PRATHER, PLC
3725 Champion Hills Drive
Suite 3000
Memphis, Tennessee 38125
(901) 795-6695
Fax: (901) 795-1646

ATTORNEYS FOR DEFENDANT
REGIONS FINANCIAL CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served via electronic filing, upon Kathleen L. Caldwell, Attorney for Plaintiff, this the 17th day of October, 2008.

/s/ Sylvia R. Adams